■ James H. Sullivan, as Administrator of the Estate of J. Ryan Sullivan, Deceased, Appellant, v J.V. McNicholas Transfer Co. et al., Respondents. (Appeal No. 2.) [638 NYS2d 375] —Appeal unanimously dismissed without costs *(see,* CPLR

5501 [a] [2]). (Appeal from Order of Supreme Court, Erie County, Griffith, J.—New Trial.) Present—Pine, J. P., Lawton, Wesley, Davis and Boehm, JJ.